FILED

JAMES J. VILT, JR. - CLERK

SEP 2 3 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Your honor first of all I want to thank you for taking time to read this 2nd I want to apologize to the courts My love ones and my community, I have no excuse for why im in the position im in today for violating supervised release, I must admit I am embarrased and ashamed of myself, in the past few years Ive been fighting an interpersonal conflict of addiction, your honor prison has taught me to hide my emotions and suppress alot of feelings that I have, which Ive realized isn't healthy, I also have been in a cycle of medication in an attempt to ease and numb the pain Ive been feeling, your honor I have to take control of my life and put my sobriety first as a priority in my life for myself and my family, your honor im using this opportunity to ask you for help, Ive now been incarcerated a year I am committed to sobriety as well as mental fitness Ive been accepted into an intensive outpatient program with 502 transitions, if you believe I shouldnt be released just yet, I am asking for home confinement to allow me to attend this program as well as ample Drug testing by probation and parole, I was also offered a job at spectrum communications as a call rep which I plan to go forward with if released. Ive also been asked to become a mentor which will not only benefit me but my community by meeting youth in their enviorment and letting them know that it is not to late to make a change especially with all of the

violence occuring in louisville, we need people our youth can relate to in order to make a change. Your honor I have four kids two girls two boys who love me unconditionally I have a great bond with them I want them to see the best version of me, its time I make Drastic Changes in order for that to happen.

Your honor I thank you once again as I ask for one more chance to make things right in my life...

Sincerly, Cortes Edwards

Case 3:20-cr-00093-BJB-CHL   Document 95   Filed 09/23/24   Page 3 of 4 PageID #: 332

Cortes Edwards
3405 W highway 146
Lagrange Ky 40031

Judge    Benjamin Beaton
106 gene snyder courthouse
601 W Broadway
Louisville, Ky 40202

INMATE
NOT RESPONSIBLE FOR CONTENTS

LOUISVILLE KY 400
30 SEP 2024 PM 1  L

USA ★ FOREVER ★

FILED

JAMES J. VILT, JR. - CLERK

SEP 23 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-222731